UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AARON CASTILLO, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. dba T-MOBILE; and DOES 1 through 50, inclusive,<br><br>             Defendants. | No. 2:25-cv-2208-WBS-SCR<br><br><br><br>ORDER RELATING CASES |
| RYAN DIAZ, as an individual and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 50,inclusive,<br><br>             Defendants. | No. 2:25-cv-2933-TLN-CSK |

----oo0oo----

1

            Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same allegations and causes of action against the same defendants.  Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

            The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

            IT IS THEREFORE ORDERED that the actions denominated Castillo v. T-Mobile USA, Inc., Case No. 2:25-cv-2208-WBS-SCR, and Diaz v. T-Mobile USA, Inc., Case No. 2:25-cv-2933-TLN-CSK, be, and the same hereby are, deemed related.  The case denominated Diaz v. T-Mobile USA, Inc., Case No. 2:25-cv-2933-TLN-CSK, shall be reassigned to Judge WILLIAM B. SHUBB and Judge SEAN C. RIORDAN.  Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Diaz v. T-Mobile USA, Inc., Case No. 2:25-cv-2933-WBS-SCR.

            IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

            IT IS SO ORDERED.

Dated:  November 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2